
"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:17cr215 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| (1) JOHN WAYNE PERRY, JR. | ) | |
| (2) RHONDA SCOTT | ) | **ORDER TO** |
| (3) TIMOTHY SCOTT, SR. | ) | **SEAL THE INDICTMENT** |
| (4) PARIS TAYLOR | ) | |
| (5) RAYSHAWN TYLER | ) | |

FILED
CHARLOTTE, NC
JUL 19 2017
US DISTRICT COURT
WESTERN DISTRICT OF NC

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 19 day of July, 2017

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE