UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | DOCKET NO. 3:17cr215 |
| | ) | |
| (1) JOHN WAYNE PERRY, JR. | ) | |
| (2) RHONDA RENEE SCOTT | ) | **ORDER** |
| (3) TIMOTHY SCOTT, SR. | ) | |
| (4) PARIS JONTUE TAYLOR | ) | |
| (5) RAYSHAWN LAMONT TYLER | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion for Alternate Victim Notification Procedures pursuant to 18 U.S.C. § 3771(d)(2). (Doc. No. 48).

The Court finds that the number of victims, as defined by 18 U.S.C. § 3771(e) makes it impracticable to accord all of the victims the rights described in 18 U.S.C. § 3771(a). The Court further finds that the Government's proposed publication via the internet is a reasonable procedure to give effect to 18 U.S.C. § 3771.

**IT IS THEREFORE ORDERED** that the United States' Motion for Alternative Victim Notification Procedures is hereby GRANTED.

Signed: September 18, 2017

Robert J. Conrad, Jr.
United States District Judge