IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00215-RJC-DCK

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOHN WAYNE PERRY JR. (1) ) | |
| ) | |

**THIS MATTER** is before the Court on the defendant's motion, (Doc. No. 121) to seal sentencing exhibits, (Doc. No. 123), in his case.

For the reasons stated in the motion, the Court finds the defendant has established a compelling interest to seal the sentencing exhibits. <u>In re Time, Inc., et al.</u>, 182 F.3d 270, 271-272 (4th Cir. 1999).

**IT IS, THEREFORE, ORDERED** that, pursuant to L. Cv. R. 6.1 and L. Cr. R. 49.1.1 the defendant's motion, (Doc. No. 121), is **GRANTED**, and the sentencing exhibits, (Doc. No. 123), shall be **SEALED** with access to only the defendant and the government pending further order of the Court.

Signed: April 12, 2018

_____
Robert J. Conrad, Jr.
United States District Judge